Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
WAL-MART STORES, INC.

H. Tim Hoffman (State Bar No. 49141)
hth@hoffmanandlazear.com
Arthur W. Lazear (State Bar No. 83603)
awl@hoffmanandlazear.com
Morgan M. Mack (State Bar No. 212659)
mmm@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiff
SARA ZINMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SARA ZINMAN, individually, and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**WAL-MART STORES, INC., and DOES 1 through 100,**

**Defendants.**

**Case No. C09-02045 CW**

**STIPULATION AND ORDER TO CONTINUE COURT ORDERED MEDIATION DEADLINE**

Pursuant to Civil Local Rules 6-2 and 7-12 and ADR Local Rule 6-5, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, on August 17, 2009, in compliance with ADR Local Rule 3-5, the parties filed a Stipulation and Proposed Order Selecting ADR Process. In that stipulation, the parties agreed to private mediation by a mediator to be agreed upon by all parties.

WHEREAS, on August 17, 2009, the Court ordered that the parties complete the mediation within 120 days of the Court's entry of a Case Management Order (or by December 28, 2009).

WHEREAS, the parties agreed to mediate this matter before Mark Rudy and scheduled the mediation for December 8, 2009.

WHEREAS, the parties anticipated that the 120-day period of time would be sufficient to engage in an exchange of information necessary to prepare for and participate in mediation. Unfortunately, because discovery is progressing more slowly than had been anticipated, the parties will not be prepared by the December 8, 2009 mediation date.

WHEREAS, the parties have agreed to continue the mediation date. Based on the mediator's schedule and the availability of the parties, the parties have agreed to schedule and complete the mediation before March 31, 2010.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. The deadline to complete mediation is continued from December 28, 2009 to March 31, 2010.

**IT IS SO STIPULATED.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "confirmed" signature (/S/) within this efiled document.

Dated: November 23, 2009

Respectfully submitted,

Jones Day

By: /S/ Catherine S. Nasser
Catherine S. Nasser

Counsel for Defendant
WAL-MART STORES, INC.

Dated: November 23, 2009

Respectfully submitted,

Hoffman & Lazear

By: /S/ Morgan M. Mack
Morgan M. Mack

Counsel for Plaintiff
SARA ZINMAN

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE

- 3 -

Case No. C09-02045 CW

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12/10

Date: ______________, 2009

______________________________
Hon. Claudia Wilken
United States District Court Judge

C:\Documents and Settings\JP012814\Desktop\Stip to Continue Mediation.doc