**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ZINMAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant.<br>_____/ | No. 09-02045 CW<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |

    In their joint case management conference statement, the parties indicate that Plaintiff Sara Zinman seeks to amend her complaint.  Because Defendant Wal-Mart Stores, Inc. answered on June 9, 2009, Plaintiff requires leave of this Court to file an amended pleading.  See Fed. R. Civ. P. 15.  Accordingly, Plaintiff is directed to file a motion for leave to file an amended complaint by April 29, 2010.  Defendant's opposition shall be due May 13, 2010 and Plaintiff's reply, if any, shall be due May 20, 2010.

    Discovery may continue based on the scope of Plaintiff's original complaint.  She shall not take discovery for the purposes

1  of expanding her allegations or redefining her proposed classes.
2      The further case management conference scheduled for April 6,
3  2010 is continued to September 7, 2010.
4      IT IS SO ORDERED.

6  Dated: April 5, 2010

   _____
   CLAUDIA WILKEN
   United States District Judge