| | |
|---|---|
| 1 | Aaron L. Agenbroad (State Bar No. 242613) |
| | alagenbroad@jonesday.com |
| 2 | Catherine S. Nasser (State Bar No. 246191) |
| | cnasser@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700 |

Attorneys for Defendant
WAL-MART STORES, INC.

H. Tim Hoffman (State Bar No. 49141)
hth@hoffmanandlazear.com
Arthur W. Lazear (State Bar No. 83603)
awl@hoffmanandlazear.com
Morgan M. Mack (State Bar No. 212659)
mmm@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA  94612
Telephone:     (510) 763-5700

Attorneys for Plaintiff
SARA ZINMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARA ZINMAN, individually, and on behalf of all others similarly situated,**  **Plaintiffs,**  v.  **WAL-MART STORES, INC., and DOES 1 through 100,**  **Defendants.** | Case No. C09-02045 CW  **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

      Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

      WHEREAS, on June 1, 2010, the Court entered an Order Denying Plaintiff's Motion for Leave to File an Amended Complaint and scheduled a further case management conference for September 7, 2010. (Docket No. 34.)

---

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC

Case No. C09-02045 CW

1  WHEREAS, pursuant to Civil Local Rule 16-10(d), the parties must submit an updated
2  Joint Case Management Statement by August 31, 2010.
3  WHEREAS, in an attempt to reach a resolution in this action, the parties have agreed to
4  mediate this matter before Mark Rudy and scheduled the mediation for November 19, 2010, one
5  of the agreed-upon mediator's first available dates.
6  WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
7  potentially unnecessary expenses, the Case Management Conference, to the extent one is
8  necessary, should be continued until Tuesday, December 7, 2010 at 2:00 p.m.
9  IT IS HEREBY STIPULATED by and between the parties, through their respective
10 counsel:
11  1.  The Case Management Conference is hereby continued until Tuesday, December
12 7, 2010 at 2:00 p.m.
13  2.  The parties must file an updated Joint Case Management Statement at least seven
14 (7) days before the Case Management Conference.
15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
16 "conformed" signature (/S/) within this efiled document.
17 **IT IS SO STIPULATED.**

19 Dated: August 27, 2010                                Respectfully submitted,
20                                                      Jones Day

22                                                      By:    /S/ Catherine S. Nasser
23                                                             Catherine S. Nasser
24                                                      Counsel for Defendant
                                                        WAL-MART STORES, INC.

| | | |
|---|---|---|
| 1 | Dated: August 30, 2010 | Respectfully submitted, |
| 2 | | Hoffman & Lazear |

By:    /S/ Chad A. Saunders
       Chad A. Saunders

Counsel for Plaintiff
SARA ZINMAN

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   September 1, 2010

_____
Hon. Claudia Wilken
United States District Court Judge