Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
WAL-MART STORES, INC.

H. Tim Hoffman (State Bar No. 49141)
hth@hoffmanandlazear.com
Arthur W. Lazear (State Bar No. 83603)
awl@hoffmanandlazear.com
Chad A. Saunders (State Bar No. 257810)
cas@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA  94612
Telephone:     (510) 763-5700

Attorneys for Plaintiff
SARA ZINMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARA ZINMAN, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WAL-MART STORES, INC., and DOES 1 through 100,**<br><br>**Defendants.** | Case No. C09-02045 CW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

      Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

      WHEREAS, on September 1, 2010, the Court entered an Order scheduling a further case management conference for December 7, 2010 at 2:00 p.m. (Docket No. 36.)

      WHEREAS, pursuant to the Court's September 1, 2010 Order and Civil Local Rule 16-

1  10(d), the parties must submit an updated Joint Case Management Statement by November 30,
2  2010.
3       WHEREAS, the parties participated in a mediation on November 19, 2010, before private
4  mediator Mark Rudy and, pursuant to that mediation, the parties received a mediator's proposal
5  with a December 3, 2010 deadline.
6       WHEREAS, both parties are considering the mediator's proposal and believe that, in the
7  interests of efficiency and of avoiding potentially unnecessary expenses, the Case Management
8  Conference, to the extent one is necessary, should be continued until Tuesday, January 11, 2011
9  at 2:00 p.m.
10       IT IS HEREBY STIPULATED by and between the parties, through their respective
11  counsel:
12       1.    The Case Management Conference is hereby continued until Tuesday, January 11,
13  2011 at 2:00 p.m.
14       2.    The parties must file an updated Joint Case Management Statement at least seven
15  (7) days before the Case Management Conference.
16       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
17  "conformed" signature (/S/) within this efiled document.
18  **IT IS SO STIPULATED.**
19
20  Dated: November 29, 2010                    Respectfully submitted,
21                                         Jones Day
22
23                                         By:  /S/ Catherine S. Nasser
24                                               Catherine S. Nasser
25                                       Counsel for Defendant
                                     WAL-MART STORES, INC.
26
27
28

1 | Dated: November 29, 2010     Respectfully submitted,

2     Hoffman & Lazear

4     By: /S/ Chad A. Saunders
       Chad A. Saunders

6     Counsel for Plaintiff
    SARA ZINMAN

8 **ORDER**

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED, EXCEPT THAT CASE**

10 **MANAGEMENT CONFERENCE WILL BE HELD ON 1-18-11 AT 2 PM.**

14 Date: 11/30/2010

17 _(signature)_

18 Hon. Claudia Wilken
United States District Court Judge

19 C:\Documents and Settings\JP012814\Desktop\Stip and [P~~roposed~~] Order to Continue CMC.doc

---

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE CMC     - 3 -     Case No. C09-02045 CW