1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   WAL-MART STORES, INC.
7
   H. Tim Hoffman (State Bar No. 49141)
8  hth@hoffmanandlazear.com
   Arthur W. Lazear (State Bar No. 83603)
9  awl@hoffmanandlazear.com
   Chad A. Saunders (State Bar No. 257810)
10 cas@hoffmanandlazear.com
   HOFFMAN & LAZEAR
11 180 Grand Avenue, Suite 1550
   Oakland, CA  94612
12 Telephone:    (510) 763-5700

13 Attorneys for Plaintiff
   SARA ZINMAN
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| **SARA ZINMAN, individually, and on behalf of all others similarly situated,** | **Case No. C09-02045 CW** |
| **Plaintiffs,** | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **WAL-MART STORES, INC., and DOES 1 through 100,** | |
| **Defendants.** | |

   Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

   WHEREAS, the parties participated in a mediation on November 19, 2010, before private mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an agreement to settle the instant action;

|    |    |
|----|----|
| 1  | WHEREAS, the parties have exchanged a draft settlement agreement and related |
| 2  | documents and are in the process of agreeing to the specific terms of those documents; |
| 3  | WHEREAS, the Court has scheduled a Case Management Conference for January 18, |
| 4  | 2011, and ordered the parties to submit a Joint Case Management Statement by January 11, 2011; |
| 5  | WHEREAS, the parties anticipate being able to file the preliminary approval papers |
| 6  | within 60 days of the currently scheduled Case Management Conference; |
| 7  | WHEREAS, the parties believe that, in the interests of efficiency and of avoiding |
| 8  | potentially unnecessary expenses, the Case Management Conference, to the extent one is |
| 9  | necessary, should be continued until March 22, 2011 at 2:00 p.m. to allow the parties to finalize |
| 10 | the settlement agreement and retrieve signatures and draft and file the preliminary approval |
| 11 | papers. |
| 12 | IT IS HEREBY STIPULATED by and between the parties, through their respective |
| 13 | counsel: |
| 14 | 1.   The Case Management Conference is hereby continued until March 22, 2011 at |
| 15 | 2:00 p.m. |
| 16 | 2.   The parties must file an updated Joint Case Management Statement at least seven |
| 17 | (7) days before the Case Management Conference. |
| 18 | **IT IS SO STIPULATED.** |

Dated: January 11, 2011

Respectfully submitted,

Jones Day

By:  /S/ Catherine S. Nasser
     Catherine S. Nasser

Counsel for Defendant
WAL-MART STORES, INC.

1 | Dated: January 11, 2011   Respectfully submitted,

Hoffman & Lazear

By:  /S/ Chad A. Saunders
      Chad A. Saunders

Counsel for Plaintiff
SARA ZINMAN

## SIGNATURE ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 11, 2011   Jones Day

By:  /S/ Catherine S. Nasser
      Catherine S. Nasser

Counsel for Defendant
WAL-MART STORES, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: **January 14**, 2011

_____
Hon. Claudia Wilken
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE CMC — - 3 -   Case No. C09-02045 CW