Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
WAL-MART STORES, INC.

H. Tim Hoffman (State Bar No. 49141)
hth@hoffmanandlazear.com
Arthur W. Lazear (State Bar No. 83603)
awl@hoffmanandlazear.com
Chad A. Saunders (State Bar No. 257810)
cas@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA  94612
Telephone:     (510) 763-5700

Attorneys for Plaintiff
SARA ZINMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARA ZINMAN, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WAL-MART STORES, INC., and DOES 1 through 100,**<br><br>**Defendants.** | **Case No. C09-02045 CW**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

    WHEREAS, the parties participated in a mediation on November 19, 2010, before private mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an agreement to settle the instant action;

---

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE CMC

Case No. C09-02045 CW

1   WHEREAS, the parties have exchanged multiple versions of a draft settlement agreement
2   and related documents and are in the process of agreeing to the specific final terms of those
3   documents;
4   WHEREAS, the parties had several contested issues with respect to the terms of those
5   documents, which necessitated further negotiation and ultimately the involvement of mediator
6   Mark Rudy;
7   WHEREAS, the parties engaged in a conference call with Mark Rudy and are in the
8   process of finalizing the settlement agreement pursuant to the parties subsequent negotiations;
9   WHEREAS, the Court has scheduled a Case Management Conference for March 29,
10  2011, and ordered the parties to submit a Joint Case Management Statement by March 22, 2011;
11  WHEREAS, the parties anticipate being able to file the preliminary approval papers
12  within 30 days of the currently scheduled Case Management Conference;
13  WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
14  potentially unnecessary expenses, the Case Management Conference, to the extent one is
15  necessary, should be continued until April 26, 2011 at 2:00 p.m. to allow the parties to finalize the
16  settlement agreement and retrieve signatures and draft and file the preliminary approval papers.
17  IT IS HEREBY STIPULATED by and between the parties, through their respective
18  counsel:
19  1.   The Case Management Conference is hereby continued until April 26, 2011 at
20  2:00 p.m.
21  2.   The parties must file an updated Joint Case Management Statement at least seven
22  (7) days before the Case Management Conference.
23  ///
24  ///
25  ///
26
27
28

**IT IS SO STIPULATED.**

Dated: March 21, 2011                     Respectfully submitted,

                                          Jones Day


                                          By: /s/ Catherine S. Nasser
                                              Catherine S. Nasser

                                          Counsel for Defendant
                                          WAL-MART STORES, INC.

Dated: March 21, 2011                     Respectfully submitted,

                                          Hoffman & Lazear


                                          By: /s/ Bryan J. Schwartz
                                              Bryan J. Schwartz

                                          Counsel for Plaintiff
                                          SARA ZINMAN

<u>SIGNATURE ATTESTATION</u>

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: March 21, 2011                     Jones Day

                                          By: /s/ Catherine S. Nasser
                                              Catherine S. Nasser

                                          Counsel for Defendant
                                          WAL-MART STORES, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: <u>March 25</u>, 2011


                                          _____
                                          Hon. Claudia Wilken
                                          United States District Court Judge

SFI-664660v1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC                           - 3 -                    Case No. C09-02045 CW