IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SARA ZINMAN,                              No. C 09-02045 CW

        Plaintiff,                        CLERK'S NOTICE RE:
                                          STIPULATION
   v.                                     (Docket No. 52)

WAL-MART STORES,

        Defendant.
                                     /
```

    Please take notice that the stipulation of counsel, submitted on July 22, 2011, is denied. The parties may stipulate to a later Thurs at 2 pm on which the Court is available.

Dated: 7/28/2011

                                                                                              Deputy Clerk