1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendant
   WAL-MART STORES, INC.
7
   H. Tim Hoffman (State Bar No. 49141)
8  hth@hoffmanandlazear.com
   Arthur W. Lazear (State Bar No. 83603)
9  awl@hoffmanandlazear.com
   Chad A. Saunders (State Bar No. 257810)
10 cas@hoffmanandlazear.com
   Bryan J. Schwartz, Of Counsel (State Bar No. 209903)
11 HOFFMAN & LAZEAR
   180 Grand Avenue, Suite 1550
12 Oakland, CA  94612
   Telephone:     (510) 763-5700
13
   Attorneys for Plaintiff
14 SARA ZINMAN

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| **SARA ZINMAN, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WAL-MART STORES, INC., and DOES 1 through 100,**<br><br>**Defendants.** | Case No. C09-02045 CW<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFF SARA ZINMAN'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, on July 1, 2011, plaintiff Sara Zinman ("Plaintiff") filed an unopposed motion for preliminary approval of class settlement ("Motion"), and noticed the hearing of that

1 | Motion on August 11, 2011 at 2:00 p.m.;

2 |     WHEREAS, on July 14, 2011, defendant Wal-Mart Stores, Inc. ("Defendant") filed a
3 | statement of non-opposition to Plaintiff's Motion;

4 |     WHEREAS, counsel of record for Defendant are not available on August 11, 2011, the
5 | date that the hearing is currently scheduled;

6 |     WHEREAS, in light of counsel's unavailability, and the Court's unavailability to advance
7 | the hearing to August 4, 2011 or August 18, 2011, the parties have agreed to continue the hearing
8 | date on Plaintiff's Motion to August 25, 2011 at 2:00 p.m.

9 |     IT IS HEREBY STIPULATED by and between the parties, through their respective
10 | counsel:

11 |     The hearing on Plaintiff's unopposed motion for preliminary approval of class settlement
12 | is hereby continued to August 25, 2011 at 2:00 p.m.

14 | **IT IS SO STIPULATED.**

15 | Dated: August 2, 2011      Respectfully submitted,
16 |      Jones Day

18 |      By: /s/ Catherine S. Nasser
19 |      Catherine S. Nasser

20 |      Counsel for Defendant
     WAL-MART STORES, INC.

21 | Dated: August 2, 2011      Respectfully submitted,
22 |      Hoffman & Lazear

23 |      By: /s/ Bryan J. Schwartz
24 |      Bryan J. Schwartz

25 |      Counsel for Plaintiff
     SARA ZINMAN

1
2   <u>SIGNATURE ATTESTATION</u>
3   I hereby attest that the content of this document is acceptable to all persons whose
4   signatures are indicated by a "conformed" signature (/S/) within this efiled document.
5   Dated: August 2, 2011                    Jones Day
6                                            By: /s/ Catherine S. Nasser
7                                                Catherine S. Nasser
8                                            Counsel for Defendant
                                             WAL-MART STORES, INC.
9
10  **ORDER**
11  PURSUANT TO STIPULATION, the hearing on Plaintiff's motion for preliminary approval of
12  class settlement is hereby continued to August 25, 2011 at 2:00 p.m.
13  IT IS SO ORDERED
14
15  Date: _August 2_, 2011
16
17                                           _____
                                             Hon. Claudia Wilken
18                                           United States District Judge
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO CONTINUE
HEARING DATE                          - 3 -                     Case No. C09-02045 CW